SO ORDERED.

Dated: October 26, 2009



*signature*
CHARLES G. CASE, II
U.S. Bankruptcy Judge

---

| 1 | **PERRY & SHAPIRO, L.L.P.** |
| 2 | 3300 N. Central Avenue, #2200 |
|   | Phoenix, Arizona 85012 |
| 3 | (602) 222-5711 |
|   | (602) 222-5701 Facsimile |
| 4 | (847) 627-8802 Facsimile |
|   | AZNotices@logs.com, e-mail |
| 5 | Christopher R. Perry, Bar #009801 |
|   | Jason P. Sherman, Bar #019999 |
| 6 | Attorney for JPMorgan Chase Bank, N.A. |
|   | [FILE 09-016318 CHE] |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

In re:

LAVONNE WOODARD,

    Debtor.

JPMorgan Chase Bank, N.A., its assignees and / or successors in interest,
    Movant,

v.

LAVONNE WOODARD, Debtor, and Chapter 7 Trustee Brian J. Mullen,
    Respondents.

Case # 2:09-bk-17557-CGC

Chapter 7 Proceedings

**ORDER LIFTING THE AUTOMATIC STAY**

Re: Real Property located at
13207 West Hardwood Drive
Sun City West, AZ 85375

The court finds that a Motion for Relief From the Automatic Stay and a Notice of Filing of the Motion have been filed with the Court and served upon interested parties in the above captioned matter by JPMorgan Chase Bank, N.A., ("CHASE"), and that good cause exists to grant the Motion for Relief;

**THEREFORE, IT IS ORDERED:**

1. CHASE, its assignees or successors-in-interest, is hereby granted relief from all stays against lien enforcement including

the automatic stay imposed under 11 U.S.C. § 362 and the automatic injunction of 11 U.S.C. § 524(a) with reference to the real property generally described as 13207 West Hardwood Drive, Sun City West, AZ 85375 and legally described as:

> LOT 203, SUN CITY WEST UNIT 8, ACCORDING TO BOOK 203 OF MAPS, PAGE 36, RECORDS OF MARICOPA COUNTY, ARIZONA

2. CHASE may begin or continue foreclosure proceedings following applicable law and / or enforce any contract or state law remedies it has against said real property.

3. Should Debtor fail to vacate the Property following foreclosure, CHASE may pursue any legal remedies in state court to remove the Debtor from the Property.

4. Unless and until otherwise ordered, the Automatic Stay imposed against CHASE shall remain lifted under this and any other chapter of the Bankruptcy Code to which this case may convert.

DATED: _____

_____
Charles G. Case, II
U. S. Bankruptcy Court Judge